IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERRY F. GARNER,            )
                            )
            Plaintiff,      )
                            )
      v.                    )            1:17CV623
                            )
HOKE CORRECTIONAL           )
INSTITUTION,                )
                            )
            Defendant.      )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 13, 2017, was served on the parties in this action. [Docs. # 2, 3.]  No objections were filed within the time limits prescribed by § 636.[1]

Therefore, the Court need not make a de novo review, and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper

---

[1] Within this period, Plaintiff submitted a filing that did not object to the Recommendation, but instead requested an "extintion [sic] of time to file IFP and Complaint."  (Doc. # 4 at 1 (all-cap font and asterisks omitted).)  Because no court-imposed deadline for filing such documents exists, Plaintiff's extension request qualifies as moot.

§ 1983 forms, which corrects the defects cited in the Recommendation.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of August, 2017.


                                    /s/ N. Carlton Tilley, Jr.
                             Senior United States District Judge